IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TERRANCE TICO TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:14CV379 |
| ) | |
| SGT. TURNER, et al, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on December 19, 2014, was served on the parties in this action. Plaintiff filed objections to the Recommendation. (Doc. 22.) The Court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination which is in accord with the Magistrate Judge's report. The Court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Defendant Bunn's Motion to Dismiss (Doc. 11) for failure to state a claim is GRANTED.

This, the 20th day of March, 2015.

                                                /s/ Loretta C. Biggs
                                         United States District Judge